PROB 35  
(Rev. 5/01)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

FILED  
U.S. DISTRICT COURT  
BRUNSWICK

2006 SEP -8  A 11: 47

CLERK_____  
SO. DIST. OF GA.

## UNITED STATES DISTRICT COURT  
### FOR THE  
### SOUTHERN DISTRICT OF GEORGIA  
### BRUNSWICK DIVISION

UNITED STATES OF AMERICA

V.  Crim. No. CR202-00029-001

Lewis A. Strickland, Jr.

On February 19, 2003, the above-named was placed on probation for a period of five years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Lewis A. Strickland, Jr. be discharged from probation.

Respectfully submitted,

_____  
Philip J. Lyons  
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Dated this ____8th____ day of September, 2006

_____  
Judge, U.S. District Court

## UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
PROBATION OFFICE



**RICHARD A. LONG**
CHIEF PROBATION OFFICER

P. O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148

**AUGUSTA 30903**
P. O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

**BRUNSWICK 31521**
P. O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

**STATESBORO 30459**
P. O. BOX 1179
PHONE: 912-764-8876
FAX: 912-764-6046

### BRUNSWICK

# **MEMORANDUM**

DATE:     August 29, 2006

TO:       Honorable Anthony A. Alaimo
          Judge, U. S. District Court

FROM:     Philip J. Lyons
          U. S. Probation Officer

RE:       STRICKLAND, Lewis A.
          CR202-00029-001
          Brunswick Division
          Represented by: Randall M. Clark
          **EARLY TERMINATION REQUEST**

On February 19, 2003, Lewis A. Strickland, Jr., was sentenced to a five-year term of probation for the offense of possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g)(1). As part of his probation, the Court ordered the defendant to complete six months of home confinement with electronic monitoring; participate in a program of testing for drug and/or alcohol abuse; submit to a search of his person, residence, office, or vehicle; complete 200 hours of community service each year for the term of his probation (total of 1,000 hours); and not have any firearms owned directly or indirectly in his residence, vehicle, person, or place of business. In addition to the aforementioned special conditions, the Court ordered the offender to pay a fine in the amount of $5,000 and a special assessment of $100.

On February 20, 2003, the offender paid his special assessment and on February 18, 2004, Strickland made his final fine payment, thereby satisfying his financial obligations to the Court. Although Strickland was only required to complete 200 hours of community service per year, he exceeded that total and, on June 10, 2006, the offender completed his community service obligation (1,000 hours).

Honorable Anthony A. Alaimo
RE:   Strickland, Lewis A.
August 29, 2006
Page 2

Strickland has maintained a stable residence since being placed on probation. The offender resides in a three-bedroom, two-bath, modestly furnished residence in Waverly, Georgia. Strickland resides alone except for when he has his adolescent daughter, Morgan. According to his divorce agreement, Strickland has custody of his daughter every other weekend. Further, during his term of probation, Strickland has financially supported his daughter and makes his child support payments as required.

Strickland is the owner of Altamaha Construction, Waverly. This company does construction and remodeling of structures in Glynn, McIntosh, and Camden Counties. The offender's average monthly income is $5,000 to $7,000.

Strickland has made excellent progress while under supervision. He has not been arrested and all of his drug test have been negative.

In light of Strickland's favorable adjustment to supervision, it is respectfully recommended that his probation be early terminated. Should the Court concur with this recommendation, an order terminating Strickland's probation is attached for the Court's convenience.

As per Rule 32.1(b), Assistant United States Attorney James D. Durham has been contacted and he advised this officer that he had no objection to terminating the offender's probation.

PJL/ra

Enclosure

Reviewed by:

Barry Bargainnier
Supervisory U.S. Probation Officer

Richard A. Long
Chief U.S. Probation Officer